# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## OFFICE OF THE CLERK

900 Georgia Avenue, Room 309
Chattanooga, Tennessee 37402
(423) 752-5200

| | |
|---|---|
| **JOHN L. MEDEARIS** | **LeAnna Wilson** |
| Clerk of the Court | Chief Deputy Clerk |

## NOTICE

Dear Counsel:

Pursuant to Local Rule 43.3, this Notice is to advise counsel to pick up the exhibits in this case no later than **Friday, February 15, 2019**. If you would like to pick up these exhibits, please call 423-386-3540 to schedule the pick-up. If you do not pick up these items the Clerk is authorized to dispose of them.

Very truly yours,

John L. Medearis, Clerk of Court


By: s/Stefanie Capetz
　　　Deputy Clerk