

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

EXHIBIT WITHDRAWAL
(Place this record in the case file.)

CASE NUMBER: 1:13-cr-89-003

STYLE: USA

v.

JOE JENKINS

WITHDRAWN BY: *Leslie Cory* Leslie Cory
SIGN AND PRINT

Leslie Cory
FIRM OR AGENCY

(Check one of the following)

☐ PLAINTIFF(S)   ☑ DEFENDANT(S)   ☐ GOVERNMENT

DESCRIPTION(optional): _____

DEPUTY CLERK: *Stefanie Capets*
DATE: 2/12/2019